**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-1618**

**MCVAY CHAMBERS, JR., ET UX**

**VERSUS**

**MARY DERMINSTEIN AND ALLSTATE INS. CO.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-2052
HONORABLE MARCUS A. BROUSSARD, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

**Christopher Richard Philipp**
**Law Office of Christopher R. Philipp**
**P. O. Box 2369**
**Lafayette, LA 70502-2369**
**Telephone: (337) 235-9478**
**COUNSEL FOR:**
        **Plaintiffs/Appellants - McVay Chambers, Jr. and Diane Chambers**

**John William Penny, Jr.**
**Penny & Hardy**
**P. O. Box 2187**
**Lafayette, LA 70502**
**Telephone: (337) 231-1955**
**COUNSEL FOR:**
        **Defendants/Appellees - Allstate Insurance Company and Mary Derminstein**